**1**

Maggie Clark McCLURE et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 15, 1924.) No. 6899. In Error to the District Court of the United States for the Western District of Oklahoma. F. W. Files, of Pawhuska, Okl., for plaintiffs in error. J. A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

**2**

William H. MAXWELL and Globe Indemnity Company, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. February 11, 1925.) No. 2268. In Error to the District Court of the United States for the Southern District of South Carolina, at Charleston. Judgment of District Court (3 F.[2d] 906), affirmed.

PER CURIAM. Writ of error from Supreme Court allowed.

**3**

Robert E. MENAUGH, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 8, 1924.) No. 6890. In Error to the District Court of the United States for the Western District of Missouri. O. H. Rucker and Rader & Rader, all of Kansas City, Mo., for plaintiff in error. H. L. Donnelly, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

**4**

John G. MILLER, Appellant, v. REED, FEARS & MILLER, Inc., Appellee. (Circuit Court of Appeals, Third Circuit. May 6, 1925.) No. 3288. Appeal from the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge. William A. Schnader, of Philadelphia, Pa., for appellant. Arthur G. Dickson, of Philadelphia, Pa., and Devine & York, and John H. Devine, all of Boston, Mass., for appellee. Before BUFFINGTON, WOOLLEY and DAVIS, Circuit Judges.

PER CURIAM. This case involves two questions, one of fact whether there was an agreement of sufficient consideration and properly limited in time and locality between these parties for one party to keep out of business. We agree with the court's finding of fact that there was such an agreement and that it was legally enforceable. The second question is as to the construction and effect to be given such agreement. We agree with the court's holding in that regard. As no principles of law or matters of concern beyond this particular agreement are here involved, and as the entire matter has been fully and satisfactorily discussed in the lower court's opinion (2 F.[2d] 280), we now

restrict ourselves to stating the decree below is affirmed.

**5**

Dan MORIARITY et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals. Eighth Circuit. March 2, 1925.) No. 6504. In error to the District Court of the United States for the District of Minnesota. William J. Quinn, of St. Paul, Minn., for plaintiffs in error. Lafayette French, Jr., U. S. Atty., and Leland W. Scott, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM. Reversed, without costs to either party in this court, on confession of error by defendant in error.

**6**

NEW ENGLAND OIL & PIPE LINE CO., Appellant, v. R. T. ROSS et al. (Circuit Court of Appeals, Eighth Circuit. December 16, 1924.) No. 6651. Appeal from the District Court of the United States for the Western District of Oklahoma. J. P. O'Meara and M. H. Silverman, both of Tulsa, Okl., for appellant. John P. Hickam and Wilcox & Swank, all of Stillwater, Okl., for appellees.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

**7**

J. L. NEWLAND et al., Plaintiffs in Error, v. SUPERIOR OIL CORPORATION. (Circuit Court of Appeals, Eighth Circuit. January 20, 1925.) No. 6751. In error to the District Court of the United States for the Western District of Oklahoma. John A. Fain, of Lawton, Okl., for plaintiffs in error. Roger S. Sherman, A. A. Davidson, and Preston C. West, all of Tulsa, Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.